FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WALTER L. POWERS & MYRTLE M. POWERS,<br><br>                Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | No.   2:15-CV-0251-SMJ<br><br>**ORDER DISMISSING CASE** |

On November 24, 2012, the parties filed a stipulated dismissal, ECF No. 5. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.**    The parties' Joint Motion for Dismissal with Prejudice, **ECF No. 5**, is **GRANTED.**

    **2.**    All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.**    All pending motions are **DENIED AS MOOT.**

    **4.**    All hearings and other deadlines are **STRICKEN.**

ORDER **-** 1

1     **5.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of February 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge